UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>      Plaintiffs,<br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>      Defendants. | 18 Civ. 4596 (VEC) |
| NATIONAL AUDOBON SOCIETY, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>      Defendants. | 18 Civ. 4601 (VEC) |
| STATE OF NEW YORK, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>      Defendants. | 18 Civ. 8084 (VEC) |

## **NOTICE OF APPEAL**

  Notice is hereby given that the U.S. Department of the Interior, the U.S. Fish and Wildlife Service, and Daniel H. Jorjani, in his official capacity as Solicitor of the Interior, defendants in the above-named cases, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in these actions on August 11, 2020.

Dated: New York, New York                     Respectfully submitted,
        October 8, 2020

        AUDREY STRAUSS
        United States Attorney for the
        Southern District of New York
        Attorney for Defendants

By:   /s/ Tomoko Onozawa
      TOMOKO ONOZAWA
      Assistant United States Attorney
      86 Chambers Street
      New York, New York 10007
      Telephone: (212) 637-2721
      Fax: (212) 637-2686
      E-mail: tomoko.onozawa@usdoj.gov