**MANDATE**

1:18-cv-04596-VEC

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of March, two thousand twenty-one,

Natural Resources Defense Council, Inc., National Wildlife Federation,
National Audubon Society, American Bird Conservancy,
Center for Biological Diversity, Defenders of Wildlife, State of New York,
of California, State of Illinois, State of Maryland,
Commonwealth of Massachusetts,
State of New Jersey, State of New Mexico, State of Oregon,

    Plaintiffs - Appellees,

v.

United States Department of the Interior, United States Fish and Wildlife Service,
Robert Anderson, in his official capacity as the person exercising the authority of
the Solicitor of the Interior,

    Defendants - Appellants.

**ORDER**
Docket No. 20-3491

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 02 2021

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/02/2021